ORIGINAL

**FILED**

09/29/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0549

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 22-0549

_____

BRYAN KEITH BARTHOLOMEW,

    Petitioner,

v.

BRIAN GOOTKIN,

    Respondent.

**FILED**

SEP 29 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

**O R D E R**

_____

Petitioner Bryan Keith Bartholomew, through counsel, has filed a petition for a writ of habeas corpus with this Court, alleging that his liberty is illegally restrained as he remains on probation after he should have discharged all of his sentences. Upon review of the petition, we deem it appropriate to require a response.

IT IS THEREFORE ORDERED that the Attorney General or counsel for the Department of Corrections is GRANTED thirty days from the date of this Order in which to prepare, file, and serve a written response to the petition for writ of habeas corpus together with appropriate documentary exhibits, including a sentence calculation.

The Clerk of the Supreme Court is directed to provide a copy of this Order to counsel for Petitioner, to the Attorney General, and to counsel for the Department of Corrections.

DATED this 29th day of September, 2022.

                                                        _____
                                                           Justice